**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

RAMON OSVALDO GARCIA,            :

          :

        Plaintiff,        :            25-CV-7378 (JAV) (OTW)

          :

      -against-       :            **ORDER**

          :

J.B. HUNT TRANSPORTATION, INC. et al.   :

          :

      Defendants.     :

----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an initial case management conference in this matter on Tuesday, January 13, 2026. As **ORDERED** at the conference:

1. The close of fact discovery is **July 31, 2026.**

2. The last date to amend the complaint is **April 1, 2026.**

3. A joint status letter is due on the last business Friday of each month, starting on Friday, **January 30, 2026.**

      **SO ORDERED.**

                    *s/ Ona T. Wang*

Dated: January 20, 2026              **Ona T. Wang**

      New York, New York         United States Magistrate Judge